PATRICK K. FAULKNER, COUNTY COUNSEL
JACK F. GOVI, Assistant County Counsel (SBN 88483)
Stephen R. Raab, SBN 180939
Thomas F. Lyons. SBN 191066
3501 Civic Center Drive, Room 303
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorneys for the Defendants County of Marin et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GAYLE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, BOARD OF SUPERVISORS OF THE COUNTY OF MARIN, OFFICE OF THE ASSESSOR/RECORDER, JOAN C. THAYER, ASSESSOR/RECORDER, DON HUNTER, GUILBERT GUADIANA, KAREN SMALL, DOES 1 TO 10,<br><br>    Defendants. | Case No.: C 04-2584 CW<br><br>STIPULATION OF TRIAL COUNSEL IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF [SUPPLEMENTAL FILING]<br><br>Date:  August 12, 2005<br>Time:  10:00 a.m.<br>Dept.: Court Room 2, Fourth Floor<br>Judge: Hon. Claudia Wilken |

Trial counsel for defendants and counsel for plaintiff have conferred on this matter and both support the proposed revised case management schedule:

The Revised Case Management Schedule and Order dated 2/22/05 shall remain in full force and effect except as set forth below:

| | |
|---|---|
| Disclosure of identities and reports of expert witnesses: | 12/12/05 |
| Completion of Expert Discovery: | 2/13/06 |
| All case-dispositive motions to be heard at 10:00 a.m. on or before: | 12/09/05 |
| Final Pretrial Conference at 1:30 p.m. on: | 5/26/06 |

14266

9/5/06

1  A 6 day Jury Trial will begin at 8:30 a.m. on:

2  Defendant Don Hunter may file and serve a motion for summary judgment regarding statute of
3
4  limitations issues of six (6) pages in length, to be heard on or before 10:00 a.m. on September 30, 2005.
5  All Defendants may file and serve a motion for summary judgment regarding the doctrine of
6  claims preclusion of fifteen (15) pages in length, to be heard on or before 10:00 a.m. on September 30,
7
8  2005.
   All Defendants may file and serve a joint motion for summary judgment, in addition to the
9
10 motions above, to be heard on or before December 12, 2005.

11
12
13                                                          _____
    Dated:  7-21-05                                         Jack F. Govi, Assistant County Counsel
14
15
16                                                          _____
    Dated:                                                  Carl Shapiro, Attorney for Plaintiff
17
18
19
20
21
22
23
24
25
26
27
28

9/5/06

1. A 6 day Jury Trial will begin at 8:30 a.m. on:

2. Defendant Don Hunter may file and serve a motion for summary judgment regarding statute of
3. limitations issues of six (6) pages in length, to be heard on or before 10:00 a.m. on September 30, 2005.

4. All Defendants may file and serve a motion for summary judgment regarding the doctrine of
5. claims preclusion of fifteen (15) pages in length, to be heard on or before 10:00 a.m. on September 30,
6. 2005.

7. All Defendants may file and serve a joint motion for summary judgment, in addition to the
8. motions above, to be heard on or before December 12, 2005.

Dated: 7-21-05

Jack F. Govi, Assistant County Counsel

Dated: 7/22/05

Carl Shapiro, Attorney for Plaintiff



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA