```
1  CARL B. SHAPIRO, ESQ., S.B.N. 21747
   SHAPIRO AND SHAPIRO
2  404 SAN ANSELMO AVE.
   SAN ANSELMO, CA 94960
3  Ph.  (415) 453-7611
   Fax: (415) 453-2829
4
5  Attorneys for Plaintiff Jerry Gayle
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GAYLE, | Case No.: C 04 2584 CW (EMC) |
| Plaintiff, | **STIPULATION OF PLAINTIFF AND TRIAL COUNSEL FOR DEFENDANTS IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF** ; ORDER |
| vs. | |
| COUNTY OF MARIN, BOARD OF SUPERVISORS OF THE COUNTY OF MARIN, OFFICE OF THE ASSESSOR/RECORDER, JOAN C. THAYER, ASSESSOR/RECORDER, DON HUNTER, GILBERT GUADINA, KAREN SMALL, AND DOES 1 TO 10, | |
| Defendants. | |

Counsel for plaintiff has asked that the hearing before Magistrate Chen be moved due to serious illness in plaintiff's counsel's family. Counsel for plaintiff and counsel for defendants have conferred on this matter, and both support this proposed request to move the hearing before Magistrate Chen to a date after oral argument on the Motion for Summary Judgment in the within matter. Oral argument before the Hon. Claudia Wilken is scheduled for November 4, 2005 at 10:00 a.m.

GAYLE STIPULATION OF PLAINTIFF AND TRIAL COUNSEL

1

1  Dated: 10/12/05        Jennifer M.W. Vuillermet Deputy for
                          Jack F. Govi, Assistant County Counsel

2  Dated: 10/11/05
3                         Carl B. Shapiro, Attorney for Plaintiff

8  IT IS SO ORDERED that the hearing on PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO COMPEL WITH DISCOVERY set for October 19, 2005 at 10:30 a.m. before Magistrate Judge Edward M. Chen is vacated until notice by Plaintiff to re-set the motion for calendar.

_____
Edward M. Chen
United States Magistrate Judge

GAYLE STIPULATION OF PLAINTIFF AND TRIAL COUNSEL

2

1  CARL B. SHAPIRO, ESQ., S.B.N. 21747
   SHAPIRO AND SHAPIRO404 SAN ANSELMO AVE.
2  SAN ANSELMO, CA 94960
   Ph.  (415) 453-7611
3  Fax: (415) 453-2829

4  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GAYLE, | ) **Case No.: C 04 2584 CW** |
| | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE BY** |
| | ) **U. S. MAIL** |
| vs. | ) |
| | ) |
| COUNTY OF MARIN, BOARD OF SUPERVISORS OF THE COUNTY OF MARIN, OFFICE OF THE ASSESSOR/RECORDER, JOAN C. THAYER, ASSESSOR/RECORDER, DON HUNTER, GILBERT GUADINA, KAREN SMALL, AND DOES 1 TO 10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| _____ | ) |

   I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen, employed in Marin County and not a party to the within action. My business address is 404 San Anselmo Avenue, San Anselmo, CA 94960.  On the date set forth below, I served a copy of **Stipulation of Plaintiff and Trial Counsel for Defendants in Support of Motion for Administrative Relief** by placing said copy thereof in an envelope addressed to:

/////

/////

GAYLE STIPULATION OF PLAINTIFF AND TRIAL COUNSEL

3

                    Patrick F. Faulkner, County Counsel
                    County of Marin
                    Jack F. Govi, Assistant County Counsel
                    Jennifer M. W. Vuillermet, Deputy
                    3501 Civic Center Dr., Room 303
                    San Rafael, CA 94903

which envelope was then sealed and postage fully prepaid thereon, and thereafter, on the date set forth below, was deposited in the United States mail at San Rafael, CA. There is delivery service by United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

      I declare under penalty of perjury that the foregoing is true and correct. Executed at San Anselmo, California this 13th day of October, 2005.

                                                      _____
                                                      Martha E. Ture