1  CARL B. SHAPIRO, ESQ., S.B.N. 21747
   SHAPIRO AND SHAPIRO
2  404 SAN ANSELMO AVE.
   SAN ANSELMO, CA 94960
3  Ph.  (415) 453-7611
   Fax: (415) 453-2829
4

5  Attorneys for Plaintiff Jerry Gayle

6

7

8
                   UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | JERRY GAYLE,                          ) **Case No.: C 04 2584 CW**
                                           )
12 |              Plaintiff,                ) **STIPULATION OF PLAINTIFF AND**
                                           ) **TRIAL COUNSEL FOR DEFENDANTS IN**
13 |                                        ) **SUPPORT OF MOTION FOR**
   |      vs.                               ) **ADMINISTRATIVE RELIEF**
14 |                                        )
                                           )
15 | COUNTY OF MARIN,                       )
   | BOARD OF SUPERVISORS OF THE           )
16 | COUNTY OF MARIN, OFFICE OF THE        )
   | ASSESSOR/RECORDER, JOAN C.            )
17 | THAYER, ASSESSOR/RECORDER,            )
   | DON HUNTER, GILBERT                   )
18 | GUADINA, KAREN SMALL, AND             )
   | DOES 1 TO 10,                         )
19 |                                        )
   |              Defendants.               )
20 |_____)

21
        Counsel for plaintiff has asked that the oral argument on the Motion for Summary
22
   Judgment in the within matter before the Hon. Claudia Wilken be moved due to death in plaintiff's
23
   counsel's family.  Counsel for plaintiff and counsel for defendants have conferred on this matter,
24
   and both support this proposed request to move the oral argument before the Hon. Claudia Wilken
25
   to  November 18, 2005 at 10:00 a.m.
26

27

28

                                           1



11/3/05

| | |
|---|---|
| 1 | |
| 2 | CARL B. SHAPIRO, ESQ., S.B.N. 21747 |
|   | SHAPIRO AND SHAPIRO404 SAN ANSELMO AVE. |
|   | SAN ANSELMO, CA 94960 |
| 3 | Ph.  (415) 453-7611 |
|   | Fax: (415) 453-2829 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY GAYLE, | ) | **Case No.: C 04 2584 CW** |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE BY** |
| | ) | **U. S. MAIL** |
| vs. | ) | |
| | ) | |
| COUNTY OF MARIN, | ) | |
| BOARD OF SUPERVISORS OF THE | ) | |
| COUNTY OF MARIN, OFFICE OF THE | ) | |
| ASSESSOR/RECORDER, JOAN C. | ) | |
| THAYER, ASSESSOR/RECORDER, | ) | |
| DON HUNTER, GILBERT | ) | |
| GUADINA, KAREN SMALL, AND | ) | |
| DOES 1 TO 10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen, employed in Marin County and not a party to the within action. My business address is 404 San Anselmo Avenue, San Anselmo, CA 94960.  On the date set forth below, I served a copy of **Stipulation of Plaintiff and Trial Counsel for Defendants in Support of Motion for Administrative Relief** by placing said copy thereof in an envelope addressed to:

/////

/////

3

Patrick F. Faulkner, County Counsel
County of Marin
Jack F. Govi, Assistant County Counsel
Jennifer M. W. Vuillermet, Deputy
3501 Civic Center Dr., Room 303
San Rafael, CA 94903

which envelope was then sealed and postage fully prepaid thereon, and thereafter, on the date set forth below, was deposited in the United States mail at San Rafael, CA. There is delivery service by United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Anselmo, California this 2nd day of November 2005.

_____
Martha E. Ture